UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GREGORY BROWN, derivatively and on behalf of CATALENT, INC.,<br><br>　　Plaintiff,<br><br>　　v.<br><br>JOHN CHIMINSKI, ALESSANDRO MASELLI, THOMAS CASTELLANO, MADHAVAN BALACHANDRAN, MICHAEL J. BARBER, J. MARTIN CARROLL, ROLF CLASSON, ROSEMARY A. CRANE, JOHN J. GREISCH, CHRISTA KREUZBURG, GREGORY T. LUCIER, DONALD E. MOREL, JR., JACK STAHL, and PETER ZIPPELIUS,<br><br>　　Defendants,<br><br>　　and<br><br>CATALENT, INC.,<br><br>　　Nominal Defendant. | Case No.: 3:23-cv-15722-ZNQ-DEA |

　　PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and Federal Rule of Civil Procedure 23.1, plaintiff Gregory Brown ("Plaintiff") hereby voluntarily dismisses the claims in the above-captioned action (the "Action"), without prejudice, as to all defendants. Plaintiff owned stock of Catalent, Inc. ("Catalent" or the "Company") and brought the Action derivatively on behalf of Catalent against numerous current and former Company officers and directors. Since initiating the Action, Plaintiff has sold all of the Catalent stock he owned and, as a result, does not have derivative standing to pursue the claims made in the Action. Thus, voluntary dismissal is appropriate at this stage.

A notice of voluntary dismissal is also appropriate here because neither Plaintiff nor counsel for Plaintiff has received or will receive any compensation in consideration for the dismissal and because the dismissal is without prejudice. Moreover, because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiffs' dismissal of the Action is effective upon the filing of this notice.

Dated: April 19, 2024

**THE BROWN LAW FIRM, P.C.**

By: */s/ Elizabeth Donohoe*
Elizabeth Donohoe
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

**PAWAR LAW GROUP, P.C.**
Vik Pawar
20 Vesey Street, Suite 1410
New York, New York 10007
Telephone: (212) 571-0805
Facsimile: (212) 571-0938
Email: vikrantpawaresq@gmail.com

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
Eitan Kimelman
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email: peretz@bgandg.com
        eitank@bgandg.com

*Counsel for Plaintiff*